IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00653-RPM

JODY ARAKAWA,

    Plaintiff,

v.

CARESTREAM HEALTH, INC.,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch**

s/M. V. Wentz
 Secretary

    Defendants motion to vacate and reschedule the May 19, 2011, scheduling conference is granted.  The conference is **rescheduled for May 24, 2011, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel shall submit the proposed scheduling order in paper form directly to chambers no later than **4:00 p.m. on May 19, 2011.**

DATED: May 4, 2011