**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                         May 15, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-00653-RPM

JODY L. ARAKAWA,                                                      Mark J. Berumen

         Plaintiff,

v.

CARESTREAM HEALTH, INC.,                                     Christopher Marshall Leh
                                                                                    Kalisha S. Chorba

         Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**10:00 a.m.        Court in session.**

Court's preliminary remarks and states its summary of the factual record

Argument by Mr. Leh.
Argument by Mr. Berumen.
Rebuttal argument by Mr. Leh.

**Court makes findings of fact and conclusions of law as stated on record.**

**ORDERED:    Defendant's Motion for Summary Judgment [18], is granted.  Judgment is entered**
**in favor of defendant Carestream Health, Inc.**

**11:10 a.m.        Court in recess.**

Hearing concluded.  Total time: 1 hr.  10  min.