IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00653-RPM

JODY ARAKAWA,

    Plaintiff,

v.

CARESTREAM HEALTH, INC.,

    Defendants.

---

ORDER FOR ENTRY OF JUDGMENT

---

    Pursuant to the findings and conclusions stated by the Court at the conclusion of the hearing held today, it is

    ORDERED that the defendant's motion for summary judgment is granted and the Clerk shall enter judgment dismissing this civil action with an award of costs.

    Dated: May 15th, 2012

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge